# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC CLEVELAND, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>CARLYLE E. WEBB, Surviving Trustee of the Webb Family Trust dated September 11, 1991, et al.,<br><br>    Defendants. | Case No.: 2:21-cv-07001-GW-E<br><br>*Hon. George H. Wu*<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE<br><br>Action Filed:  August 31, 2021<br>Trial Date:    Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Eric Cleveland's action against Defendants Carlyle E. Webb, Marion C. Sickman, Miriam A. Sickman, Thomas R. Hicks, and Bobbie N. Hicks, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: June 23, 2022

Hon. George H. Wu
United States District Judge